UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT HENRY VANCE, #168560, ) | |
|     Petitioner, ) | |
| ) | No. 1:09-cv-137 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| MARY K. BERGHUIS, ) | |
|     Respondent. ) | |
| ) | |

## JUDGMENT

Having denied Robert Vance's requested relief and having dismissed his habeas petition, as required by Fed. R Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 20, 2013                                         /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                    Chief United States District Judge